MARGARET C. ILLINGWORTH, Respondent, *v.* GEORGE
ILLINGWORTH, as Administrator of the Estate of GEORGE
J. ILLINGWORTH, Deceased, Appellant.

*Insurance — life insurance policy — change of beneficiary.*

*Illingworth* v. *Illingworth*, 208 App. Div. 712, affirmed.

(Submitted June 7, 1924; decided July 5, 1924.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered December 28, 1923, unanimously
affirming a judgment in favor of plaintiff entered upon a
decision of the court on trial at Special Term. The
action was to determine title to the proceeds of a policy
of life insurance, the question being whether a certain
instrument in writing was sufficient to effect a valid
change of beneficiary.

*Joseph W. Bryan* and *John F. Brennan* for appellant.

*John J. Finn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.